IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHOU KEE THAO,

    Petitioner,                    No. CIV S-01-0632 GEB JFM P

    vs.

STEVE WIESS,

    Respondent.                   <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 26, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

1 Neither party has filed objections to the findings and
2 recommendations.
3     Although it appears from the file that petitioner's
4 copy of  the findings and recommendations were returned,
5 petitioner was properly served.  It is the petitioner's
6 responsibility to keep the court apprised of his current address
7 at all times.  Pursuant to Local Rule 83-182(f), service of
8 documents at the record address of the party is fully effective.
9     The court has reviewed the file and finds the findings
10 and recommendations to be supported by the record and by the
11 magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED
12 that:
13     1.  The findings and recommendations filed May 26,
14 2005, are adopted in full; and
15     2.  This action is dismissed for petitioner's failure
16 to keep the court apprised of his current address.  See Local
17 Rules 83-182(f) and 11-110.
18 Dated:  June 20, 2005
19
20                           /s/ Garland E. Burrell, Jr.
                             GARLAND E. BURRELL, JR.
                             United States District Judge

2